# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MIVTACHIM THE WORKERS SOCIALINSURANCE FUND LTD., et al.,** | : : | |
| Plaintiffs, | : : | |
| v. | : : | Civ. No. 19-674 |
| **TEVA PHARMACEUTICAL INDUSTRIES LTD., et al.,** | : : | |
| Defendants. | : : | |

## ORDER

**AND NOW**, this 19th day of February, 2019, it is hereby **ORDERED** that the **CLERK OF COURT** shall place this matter in **SUSPENSE** pending Defendants filing a motion to transfer this matter to the United States District Court for the District of Connecticut.

**AND IT IS SO ORDERED.**

*/s/ Paul S. Diamond*
_____
Paul S. Diamond, J.